# Court of Appeals
# of the State of Georgia

ATLANTA,____June 15, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15D0432.  REBECCA BOONE v. THE STATE.**

In 2006, Rebecca Boone pled guilty to armed robbery.  She later filed motions for an out-of-time appeal and to withdraw her guilty plea.  The trial court denied those motions, and Boone filed a notice of appeal.  The trial court, however, dismissed the appeal, after which Boone filed another appeal – which has been docketed in this Court as Case No. A15A1884 – as well as this application for discretionary review.  No provision of OCGA § 5-6-35 (a) appears to apply here.  Moreover, Boone has a pending direct appeal of the same order she asks us to review here.  Accordingly, this application is hereby DISMISSED as superfluous.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____06/15/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*